**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Russell Eugene SCHLEINING,**
**Defendant–Appellant.**

No. 09–30175.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Paulette Lynn Stewart, Assistant U.S., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Russell Eugene Schleining, Sheridan, OR, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Russell Eugene Schleining appeals pro se from the district court's order denying his motion to correct the judgment pursuant to Fed.R.Crim.P. 36. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Schleining contends that the district court erred when it denied his motion to correct the judgment because the judgment contains an incorrect reference to 18 U.S.C. § 924(e), which was the result of a clerical error. The record indicates that any error was not clerical in nature thus, the district court's decision to deny the motion was not clearly erroneous. *See United States v. Kaye,* 739 F.2d 488, 491 (9th Cir.1984).

Schleining's motion for appointment of counsel is denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.